472 A.2d 247

Commonwealth v. Hansberry a/k/a Branch, Appellant.

Submitted October 24, 1983. Charles R. Bernsee, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BROSKY and HOFFMAN, JJ.

Judgment of sentence vacated and case remanded for an evidentiary hearing on counsel's effectiveness. Jurisdiction is not retained.